| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SC 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CSBN 172332)<br>Assistant U.S. Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave (11th Floor)<br>San Francisco, CA 94102<br>Telephone: (415) 436-7200 |
| 7 | |
| 8 | Attorneys for the United States |

**FILED**

MAY 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,  )   CRIMINAL NO. 3 08 70269
                           )                 EMC
     Plaintiff,            )
                           )   NOTICE OF PROCEEDINGS ON
     v.                    )   OUT-OF-DISTRICT CRIMINAL
                           )   CHARGES PURSUANT TO RULE
JACOB LYNWOOD ADAMS,       )   32.1 OF THE FEDERAL RULES
                           )   OF CRIMINAL PROCEDURE
     Defendant.            )
                           )
_____)

Please take notice pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure that on May 7, 2008 , the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe)   Petition for Warrant and Order to Show Cause

pending in the _____ District of   Oregon  , Case Number  04-490 MO  .

1

1  In that case, the defendant is charged with a violation(s) of Title __18__ United States Code,
2  Section __3583__ .
3  Description of Charges: __Violation of Supervised Release__ .

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: _May 6 2008_

TIMOTHY J. LUCEY
Assistant U.S. Attorney

05/05/2008  13:14  4154367621  SF ENFORCEMENT  PAGE 03/04

MAR 05 2008 14:46 FR US MARSHALS D-OREGON03 326 4171 TO 914154367621  P.02

PROB 19
(Rev 5/92)

# UNITED STATES DISTRICT COURT

for

### District of Oregon

U.S.A. vs **JACOB LINWOOD ADAMS**  Docket No. CR 04-490-MO

TO:[1]  Any U.S. Marshal or any other authorized officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

NAME OF PROBATIONER/SUPERVISED RELEASEE  SEX M  RACE W  AGE 27
**Jacob Linwood Adams**

ADDRESS (STREET, CITY, STATE)
**366 East Main Street**
**Willamina, OR 97396**

SENTENCE IMPOSED BY (NAME OF COURT)  DATE IMPOSED
U.S. District Court, Portland, Oregon  October 13, 2005

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Portland, Oregon

SHERYL S. McCONNELL
CLERK           (BY DEPUTY CLERK)           DATE 02/25/08

### RETURN

Warrant received and executed.  Date Received  Date Executed

EXECUTING AGENCY (NAME AND ADDRESS)

NAME  (BY)  DATE

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for_____ District of_____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

05/05/2008  13:14  4154367621                    SF ENFORCEMENT                                  PAGE 04/04
MAR 05 2008 14:47 FR US MARSHALS D-OREGON03 326 4171 TO 914154367621                    P.03

| PROB 12C-OR | UNITED STATES DISTRICT COURT | PETITION FOR WARRANT |
|---|---|---|
| (07-07-05) | for | AND |
| | DISTRICT OF OREGON | ORDER TO SHOW CAUSE |

U.S.A. vs. JACOB LINWOOD ADAMS    FILED 08 FEB 25 12:05 USDC-ORP    Docket No. CR 04-490-MO

### Petition on Probation and Supervised Release

COMES NOW RANDY L. GREEN, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jacob Linwood Adams, who was placed on supervision by The Honorable Michael W. Mosman sitting in the court at Portland, Oregon, on the 13th day of October, 2005, who fixed the period of supervision at 3 years,* and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

*Term of supervised release commenced on September 21, 2007.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Standard Condition No. 4** - Failure to participate in substance abuse treatment as directed by the probation officer which may include urinalysis testing. At the direction of his probation officer, Adams completed a substance abuse assessment on January 28, 2008, at Renaissance Recovery Resources. The assessment indicated Adams needed intensive outpatient treatment. He was scheduled for follow-up appointments and placed on a random urinalysis program. Adams failed to report for his weekly group counseling sessions on February 7, 14, and 21, 2008. Adams also failed to report for a random urinalysis on February 19, 2008.

**Violation of Standard Condition No. 7** - Failure to report to the probation officer as directed. On February 5, 2008, I directed Adams to report to my office on February 7, 2008, to discuss whether he complied with my instructions to contact the Oregon Employment Division for assistance with employment. Adams failed to report as instructed and has not called explain his absence.

**Violation of Standard Condition No. 11** - Failure to notify the probation officer within 72 hours of any change in residence. On February 13, 2008, I attempted to contact Adams at his last reported residence in Willamina, Oregon. I left my business card with instructions for Adams to report to my office on February 21, 2008. On February 14, 2008, Cindy Chamberger, Adams' residence provider notified me that Adams no longer lived at the residence and therefore did not receive instructions to report. Adams failed to notify me of this change in residence and his whereabouts is unknown.

**Violation of Standard Condition No. 12** - Failure to refrain from the use of any controlled substance. On February 5, 2008, Adams submitted a urine sample which tested positive for methamphetamine.

**RECOMMENDED ACTION:** Based upon the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why Adams' term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2008.

Respectfully,

_/s/ Randy L. Green_
Randy L. Green
Senior U.S. Probation Officer
Salem, OR

_/s/_
Assistant U.S. Attorney

**ORDER OF THE COURT**

Considered and ordered this 25 day of February, 2008, and ordered filed and made a part of the records in the above case.

_/s/_
The Honorable Michael W. Mosman
U.S. District Judge

Page 1 of 1

Certified to be a true and correct copy of original filed in my office.
Dated: FEB 2 5 2008
Sheryl McConnell, Clerk
By: _____ Deputy

** TOTAL PAGE.03 **