UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECVD'08 MAY 15 10:37 USDC-ORP

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 13, 2008

**FILED**

MAY 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
District of Oregon
1000 S.W. Third Avenue
Portland, OR 97204-2902

Case Name:       US -v- Jacob Lynwood Adams
Case Number:     3-08-70269 EMC
Charges:         18:3583

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Chen. The following action has been taken:

    ( )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    (X)    The defendant has a court appearance in your court

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office